# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Margolias, | No. CV-21-01765-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Reliance Standard Life Insurance Company, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the parties' Stipulation for Dismissal Without Prejudice (Doc. 22).

**IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action without prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 15th day of July, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge